PORATION and Others, Respondents, Impleaded with NORTHERN TERMINAL CORPORATION OF NEW YORK and JAMES N. BUTTERLY, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 103.]

ELEANOR CUMMINGS HUGHES, Suing in Her Own Behalf, as Owner of Preferred Stock of Defendant Corporation, HUGHES & COMPANY, as Well as in Behalf of Other Such Stockholders in Like Situation Who May Join in and Share Expenses of this Action, Respondent, v. FREDERICK S. FALES and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARK HENRY SCHNEIDER, Respondent, v. JACOB SHERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DONALDSON DOUGLAS and Another, Respondents, v. HO CHU, JACK HO and SOY KEE & CO., INC., a Domestic Corporation, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants Ho Chu, Jack Ho and Soy Kee & Co., Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALECK MANTON, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALECK MANTON, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

P. PASTENE & CO., INC., and Another, Respondents, v. IRVING NATIONAL BANK, Appellant.*—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

CONSTANCE W. TERRY and Others, as Administrators, etc., of WALDRON WILLIAMS, Deceased, Respondents, v. MARX REALTY AND IMPROVEMENT Co., INC., and Another, Appellants.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents. [130 Misc. 406.]

BERENICE L. BAUMANN, Respondent, v. CHARLES LUDWIG BAUMANN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 217.]

JOSEPH MILLER, Respondent, v. HANK CHEMICAL Co., INC., and Others, Respondents, and SAUL MARGOLIES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK P. KILLEEN, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [131 Misc. 691.]

MILL FACTORS CORPORATION, Respondent, v. MOSES ASCHER and Others, Defendants, Impleaded with MORRIS J. FRANK, Appellant.— Order affirmed, with

* Revd., 249 N. Y. 272.